FAS

FILED

08 JUN -9 AM 8:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Mag. Case Number: '08 MJ 1780 |
| v. | COMPLAINT FOR VIOLATION OF |
| TORRES-Tena, Natanahel | Title 21, U.S.C., Sections 952 and 960 Importation of a Controlled Substance |
| Defendant, | |

The undersigned complaint being duly sworn states:

On or about June 8, 2008, within the Southern District of California, Natanahel TORRES-Tena did knowingly and intentionally import approximately 0.95 kilograms of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Victor Estebanes
SENIOR SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF June 2008.

MAGISTRATE JUDGE

FAS

## STATEMENT OF FACTS

On June 8, 2008, at approximately 1040 hours, Natanahel TORRES-Tena entered the United States from the Republic of Mexico at the San Ysidro Port of Entry, San Ysidro, California. TORRES was the driver and sole occupant of a black 1999 Honda Accord displaying Baja California, Mexico license plate number BDZ7902.

TORRES was escorted to the secondary inspection area because U.S. Customs and Border Protection Canine Enforcement Officer (CBP-CEO) Sigfredo Delgado, while conducting a cursory inspection of the vehicle in the pre-primary area, noticed there was a screw missing in the dashboard of the vehicle. CBP-CEO Delgado screened the vehicle with his assigned Narcotic/Human Detector Dog (NHDD) “UNITED” (U03). NHDD “UNITED” alerted to the dashboard area of the vehicle. Inspection of the vehicle resulted in the discovery and seizure of 2 packages found in a specially built compartment in the dashboard of the vehicle. The packages contained a substance that field tested positive for methamphetamine and had a combined weight of approximately 0.95 kilograms.

Post Miranda, TORRES stated that he was pre-paid $400.00 U.S. Currency to cross the narcotic laden vehicle into the U.S. and deliver the said vehicle to the Plaza De Las Americas shopping center. TORRES stated that he thought he was crossing marijuana because it is more common.

FAS

ELENES was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA. The vehicle and methamphetamine were seized under seizure number 2008250400212701.