FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NATANAHEL TORRES-TENA,<br>Defendant. | Criminal Case No. 08cr2219-DMS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |

The United States Attorney charges:

On or about June 8, 2008, within the Southern District of California, defendant NATANAHEL TORRES-TENA, did knowingly and intentionally import approximately 50 grams or more, to wit: approximately 0.95 kilograms (2.09 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 7/3/08.

KAREN P. HEWITT
United States Attorney

for
CALEB MASON
Assistant U.S. Attorney

CEM:mg:San Diego
6/16/08