**JOHN C. ELLIS, JR.**
California State Bar Number 228083
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
john_ellis@fd.org

Attorneys for Mr. Torres-Tena

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NATANAHEL TORRES-TENA,<br>Defendants. | Case No. 08cr2219-DMS<br><br>**MOTION TO CONTINUE SENTENCING HEARING** |

Counsel submits the following motion on behalf of the defendant, Natahanel Torres-Tena, by and through his counsel, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., and requests that the sentencing hearing set for October 24, 2008 at 9:00 a.m. be rescheduled to **Friday, December 5, 2008, at 9:00 a.m.**

Defense counsel has spoken to the Assistant United States Attorney assigned to this case, Ms. Shireen Becker, and she does not objection to this continuance.

Respectfully submitted,

DATED: September 9, 2008

*/s/ John C. Ellis, Jr.*
**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Natanahel Torres-Tena

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr2219-DMS |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| NATANAHEL TORRES-TENA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Motion to Continue Sentencing Hearing has been electronically served this day upon:

Shireen Becker, Assistant United States Attorney
880 Front Street
San Diego, CA 92101

Dated: September 9, 2008

*/s/ John C. Ellis, Jr.*

JOHN C. ELLIS, JR.
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail: john_ellis@fd.org